**IT IS ORDERED as set forth below:**



**Date: May 23, 2017**

_____

**Mary Grace Diehl
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA - ROME DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 15-41560-mgd |
| JORGE MENDEZ,<br>           Debtor. | CHAPTER:  13 |
| WELLS FARGO BANK, N.A.,<br>           Movant, | JUDGE:  MARY GRACE DIEHL |
| v. | |
| JORGE MENDEZ, Debtor<br>MARY IDA TOWNSON, Trustee,<br>           Respondent(s). | CONTESTED MATTER |

CONSENT ORDER ON MOTION FOR RELIEF FROM STAY (#45 )

The above styled Motion having been scheduled for a hearing before the Court on March 22, 2017, upon Notice of Assignment of Hearing to each of the above-captioned parties in interest, and it appearing to the Court that the parties consent hereto:

FURTHER IT IS HEREBY ORDERED that the Motion for Relief from Stay with respect to 259 Brownsville Rd, Powder Springs, Georgia 30127-6661 is denied, as the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinafter.

FURTHER ORDERED that the post-petition arrearage through April 1, 2017, totals $3,332.28, including six (6) payments of $555.38 each.

This arrearage shall be paid as follows:

Debtor shall receive credit of $432.68 in suspense. Debtor is ordered to pay the sum of $2,899.60 instanter. Beginning May 1, 2017, Debtor shall resume timely remittance of the regular monthly mortgage payments. Payments should be sent to:

Wells Fargo Home Mortgage,
Attn: Bankruptcy Payment Processing
P.O. Box 14507
Des Moines, IA 50306
 or to such address as may be designated. It is

FURTHER ORDERED that should Debtor(s) default in payment of any sum specified herein, or in any regular monthly mortgage payments which come due according to Movant's Loan Documents for the life of the plan, then upon notice of default sent by first class mail to Debtor(s), attorney for Debtor(s) and the Trustee, and failure of Debtor(s) to cure such default within ten (10) days from the date of receipt of such notice, Movant may file a motion and affidavit of default, with service upon Debtor(s), attorney for Debtor(s) and the Trustee, and the Court may enter an Order modifying the automatic stay, without further notice or hearing.

FURTHER ORDERED that in the event relief from the automatic stay is later granted, the Trustee shall cease funding any balance of Movant's claim, and the provisions of Fed. R. Bank. P. 4001(a)(3) may be waived.

FURTHER ORDERED that upon completion of any foreclosure sale, any funds in excess of the amount due to Movant and to any subordinate lienholder(s) properly entitled to receive proceeds under applicable State Law, shall be paid to the Trustee for the benefit of the Estate.

[END OF DOCUMENT]

CONSENTED TO BY:

/s/ *Bryce Noel*
Bryce Noel, Bar No.: 620796
Attorney for Movant
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (888) 873-6147
Email: BNoel@aldridgepite.com

/s/ Joseph Kassab_____ with express permission
Joseph Kassab, Bar No.450653
Attorney for Debtor(s)
483 Moreland Ave, Suite 3
Atlanta, GA 30307
Phone: 678-310-5139

NO OPPOSITION:

/s/ K. Edward Safir_____ with express permission
K. Edward Safir, Bar No. 622149
Attorney for Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740
Phone:  404-525-1110

DISTRIBUTION LIST

Jorge Mendez
259 Brownsville Road
Powder Springs, GA 30127

Joseph Kassab
Kassab & Harris
483 Moreland Ave, Suite 3
Atlanta, GA 30307

Mary Ida Townson
Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740

Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305