UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE:                                                  CASE: R15-41560-MGD

JORGE MENDEZ                         CHAPTER 13

**Debtor**

**Trustee's Motion to Dismiss Case for Failure to Make Plan Payments**

COMES NOW Mary Ida Townson, Standing Chapter 13 Trustee herein, and files this her Motion to Dismiss Case for Failure to Make Plan Payments, respectfully showing the Court the following.

1.

The Debtor filed for relief under Chapter 13 of Title 11 on July 07, 2015.

2.

The Debtor has failed to comply with the terms of the confirmed plan. As of January 08, 2018, the Debtor should have paid $4,800.90. The Debtor has paid a total of $4,001.75, causing a delinquency of $799.15.

WHEREFORE, the Chapter 13 Trustee requests this case be dismissed.

Dated: January 16, 2018                        Respectfully submitted,

                                                         _/s/_____
                                                         Albert C. Guthrie, Attorney
                                                         for the Chapter 13 Trustee
                                                         GA Bar No. 142399
                                                         191 Peachtree Street, Suite 2200
                                                         Atlanta, GA  30303
                                                         (404) 525-1110
                                                         albertg@atlch13tt.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

IN RE:                                                      CASE: R15-41560-MGD

JORGE MENDEZ                                                CHAPTER 13

**Debtor**

**Notice of Hearing on Trustee's Motion to Dismiss Case for Failure to Make Plan Payments**

    PLEASE TAKE NOTE that the Chapter 13 Trustee has filed a Motion to Dismiss Case for Failure to Make Plan Payments and related exhibits with the Court seeking an order of dismissal.

    PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on **February 21, 2018** at **9:45 AM** in **Courtroom 342, Federal Building, 600 East First Street, Rome, GA 30161**.

    Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one). If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including address) you served the response. Mail or deliver your response so that it is received by the Clerk at least two (2) business days before the hearing. The address of the Clerk's Office is **Clerk, U.S. Bankruptcy Court, Federal Building, 600 East First Street, Rome, GA 30161**. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: January 16, 2018                              Respectfully submitted,

                                                                                   _/s/_____
                                                                                   Albert C. Guthrie, Attorney
                                                                                    for the Chapter 13 Trustee
                                                                                    GA Bar No. 142399
                                                                                    191 Peachtree Street, Suite 2200
                                                                                    Atlanta, GA  30303
                                                                                    (404) 525-1110
                                                                                    albertg@atlch13tt.com

R15-41560-MGD

## CERTIFICATE OF SERVICE

    This is to certify that I have this day served the following with a copy of the foregoing pleadin depositing same in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

JORGE MENDEZ
259 BROWNSVILLE ROAD
POWDER SPRINGS, GA 30127

KASSAB & HARRIS, ATTORNEYS AT LAW, LLC
483 MORELAND AVE, STE #3
ATLANTA, GA  30307

Dated: January 16, 2018                                  Respectfully submitted,

                                                                /s/_____
                                                                Albert C. Guthrie, Attorney
                                                                 for the Chapter 13 Trustee
                                                                GA Bar No. 142399
                                                                191 Peachtree Street, Suite 2200
                                                                Atlanta, GA  30303
                                                               (404) 525-1110
                                                               albertg@atlch13tt.com